JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHARLES RAY VAN BROEKHUIZEN,**<br><br>Plaintiff,<br><br>  vs.<br><br>**ALSCO, INC.,**<br><br>Defendant. | Case No. 5:13-cv-01711-CAS-OP<br><br>**ORDER** |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice. Each party shall bear their own costs and fees.

Dated this 5th day of February, 2014.

*/s/ Christina A. Snyder*
_____
The Honorable Christina A. Snyder

Order to Dismiss - 1